# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 09-1269

———————

| | | |
|---|---|---|
| Teresa Polite, | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the Eastern |
| v. | * | District of Arkansas. |
| | * | |
| Arkansas Department of Correction, | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

———————

Submitted: January 4, 2010
Filed: January 12, 2010

———————

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

———————

PER CURIAM.

Teresa Polite appeals the district court's[1] dismissal without prejudice of her civil rights action for failure to comply with a court order. Upon careful review, we conclude that the district court did not abuse its discretion in dismissing the action. See Fed. R. Civ. P. 37(b)(2), 41(b); Doe v. Cassel, 403 F.3d 986, 990 (8th Cir. 2005) (per curiam) (Rule 41(b) dismissal); Hairston v. Alert Safety Light Prods., Inc., 307 F.3d 717, 718-19 (8th Cir. 2002) (Rule 37(b) dismissal). We also decline to consider

———————

[1]The Honorable Brian S. Miller, United States District Judge for the Eastern District of Arkansas.

the arguments raised for the first time on appeal.  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____